IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**KAYELLEN FAYE INSKIP,**<br>[DOB: 07-11-1977]<br><br>　　　　　　Defendant. | No.　6:24-cr-03100-MDH-01<br><br>**18 U.S.C. § 1029(a)(5)**<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT**:

Between January 1, 2016, and October 6, 2022, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **KAYELLEN FAYE INSKIP**, knowingly and with intent to defraud, effected transactions with an access device, to wit: a credit card, issued to another, to wit: Mears Floral, to received merchandise and services of value, and by such conduct, during a one year period from on or about August 31, 2021, and ending on or about August 25, 2022, received the aforementioned merchandise and services of a value aggregating to $1000 or more, and said transactions affecting interstate and foreign commerce, that being the merchandise and services were paid for utilizing interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(5).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　TERESA A. MOORE
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Patrick Carney
　　　　　　　　　　　　　　　　　　　　Patrick A.N. Carney, Ks. Bar #20254
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED:　9/18/2024
　　　　Springfield, Missouri